CATHARINE A. CHING, (SBN 139963)
ELIE & ASSOCIATES
11070 White Rock Road, Suite 200
Rancho Cordova, CA 95670
T: (916) 638-6610
F: (916) 638-6607

Attorneys for Defendants
CITY OF NEVADA CITY, LOU TRAVATO, BOB MICANDER and PAUL ROHDE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN COLBERT,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF NEVADA, a municipality, LOU TROVATO, in his capacity as Chief of Police for the CITY OF NEVADA, BOB MICANDER, individually and in his capacity as a police officer for the CITY OF NEVADA, PAUL ROHDE, individually and in his capacity as a police officer for the CITY OF NEVADA CITY, and DOES 1-100, inclusive,<br><br>        Defendants. | Case No. 2:06-cv-1122-MCE-DAD<br><br>**STIPULATION REGARDING DISCOVERY; ORDER** |

## **STIPULATION**

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel of record that the following discovery will occur outside the time lines set forth by the court due to illness of plaintiff's counsel, upcoming surgery scheduled for plaintiff, scheduling issues of counsel, and out of state travel by one of the parties:

1.    Plaintiff Susan Colbert will attend an Independent Medical Examination to be performed by Defendants' retained orthopedist Edward Younger, III on 2/27/07 at 3:00 p.m. in Carmichael, California (the cost of exam will be paid for by Defendants);

1

2. The depositions of Defendants Sgt. Paul Rohde and Officer Bob Micander will take place on 3/15/07 at plaintiff's counsel's office in Nevada City, CA;

3. The travel expense of Officer Micander to travel from his residence in Michigan to the deposition will be incurred in whole by defense counsel's office;

4. Defendants will take the depositions of witnesses John and Melodie Steger on 3/23/07 (a date selected by both counsel) or a mutually convenient date close in time to this date if the witnesses are not available on 3/23/07.

DATED: February ___, 2007                LAW OFFICES OF STEVEN
                                          MUNKELT


                                         _____
                                         By:  STEVEN MUNKELT
                                              Attorney for Plaintiff SUSAN
                                              COLBERT


DATED: February 14, 2007                 ELIE & ASSOCIATES


                                         _____
                                         By:  CATHARINE A. CHING
                                              Attorney for Defendants
                                              CITY OF NEVADA CITY,
                                              LOU TRAVATO, BOB
                                              MICANDER and PAUL
                                              ROHDE

**ORDER**

IT IS SO ORDERED.

**DATED:  March 8, 2007**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

*Colbert, Susan v. City of Nevada City*
United States District Court No. 2:06-CV-01122-MCE-DAD

## PROOF OF SERVICE

I am employed in the County of Sacramento, State of California. I am over the age of 18 years and not a party to the above-captioned matter. My business address is 11070 White Rock Road, Suite 200 in Rancho Cordova, California 95670.

On this date, I served the foregoing document described as:

**STIPULATION RE DISCOVERY; ORDER**

on the parties below by placing a true copy thereof in a sealed envelope and served same on the parties/counsel, addressed as follows:

*PLAINTIFF'S COUNSEL:*
Stephen A. Munkelt
206 Providence Mine Road, no. 218
Nevada City, CA  95959
T: 530/265-8508
F: 530/265-0881

The following is the procedure in which service of this document was effected:

■ **(BY REGULAR MAIL)** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice, whereby the mail is deposited in a U.S. mailbox after the close of the day's business.

____ (BY FACSIMILE TRANSMITTAL) by placing a true copy thereof into a facsimile machine addressed to the person, address and telephone number shown above.

I, hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and this document was executed at Rancho Cordova, California on January 15, 2007.

_____
Rose Duran