CATHARINE A. CHING, (SBN 139963)
ELIE & ASSOCIATES
11070 White Rock Road, Suite 200
Rancho Cordova, CA 95670
T: (916) 638-6610
F: (916) 638-6607

Attorneys for Defendants
CITY OF NEVADA CITY, LOU TRAVATO, BOB MICANDER and PAUL ROHDE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN COLBERT,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF NEVADA, a municipality, LOU TROVATO, in his capacity as Chief of Police for the CITY OF NEVADA, BOB MICANDER, individually and in his capacity as a police officer for the CITY OF NEVADA, PAUL ROHDE, individually and in his capacity as a police officer for the CITY OF NEVADA CITY, and DOES 1-100, inclusive,<br><br>  Defendants. | Case No. 2:06-CV-01122-MCE-DAD<br><br>STIPULATION RE: DISMISSAL OF PORTIONS OF COMPLAINT WITH PREJUDICE; AND ORDER<br><br>[FRCP 41(a)(1) and (c)] |

IT IS HEREBY STIPULATED, by and between the parties to this action, through their attorneys of record, that the following portions of plaintiff's Complaint for Damages filed May 23, 2006 should be dismissed with prejudice pursuant to FRCP 41(a)(1) and (c), each party to bear its own costs and attorney's fees:

1. The word "fifth" in the First Cause of Action at page 5, line 21;

2. The Second Cause of Action in its entirety at page 6, lines 1-18;

3. The Sixth Cause of Action in its entirety at page 7, line 25 through page 8, line 21.

////

STIPULATION RE: DISMISSAL OF PORTIONS OF COMPLAINT WITH PREJUDICE; ORDER

1

| | | |
|---|---|---|
| Dated: July ___, 2007 | | Law Office of Stephen A. Munkelt |

_____
Stephen A. Munkelt
Attorney for Plaintiff Susan Colbert

DATED: July 2, 2007                ELIE & ASSOCIATES

_____
By:   CATHARINE A. CHING
Attorney for Defendants
CITY OF NEVADA CITY, LOU
TRAVATO, BOB MICANDER and
PAUL ROHDE

* * *

Pursuant to stipulation of the parties, and FRCP 41(a)(1) and (c),

IT IS HEREBY ORDERED, that the above portions of the plaintiff's Complaint are hereby dismissed, with prejudice, each party to bear its own costs and attorney's fees.

Dated: July 20, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

*Colbert, Susan v. City of Nevada City*
United States District Court No. 2:06-CV-01122-MCE-DAD

# PROOF OF SERVICE

I am employed in the County of Sacramento, State of California. I am over the age of 18 years and not a party to the above-captioned matter. My business address is 11070 White Rock Road, Suite 200 in Rancho Cordova, California 95670.

On this date, I served the foregoing document described as:

**Stipulation and Order of Dismissal of Portions of Complaint, With Prejudice**

on the parties below by placing a true copy thereof in a sealed envelope and served same on the parties/counsel, addressed as follows:

| *PLAINTIFF'S COUNSEL:*<br>Stephen A. Munkelt<br>206 Providence Mine Road, no. 218<br>Nevada City, CA  95959<br>T: 530/265-8508<br>F: 530/265-0881 | |

The following is the procedure in which service of this document was effected:

■ **(BY REGULAR MAIL)** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice, whereby the mail is deposited in a U.S. mailbox after the close of the day's business.

____ (BY FACSIMILE TRANSMITTAL) by placing a true copy thereof into a facsimile machine addressed to the person, address and telephone number shown above.

I, hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and this document was executed at Rancho Cordova, California on July 2, 2007.

_____
Rose Duran