1  STEPHEN A. MUNKELT, SBN: 80449
   **MUNKELT LAW OFFICE**
2  206 Providence Mine Road, Suite 218
   Nevada City, CA 95959
3  Telephone: (530) 265-8508
   Facsimile: (530) 265-0881

Attorneys for Plaintiff, Susan Colbert

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN COLBERT,<br><br>                    Plaintiff,<br><br>v.<br><br>CITY OF NEVADA CITY, a municipality, LOU TROVATO, in his capacity as Chief of Police for the CITY OF NEVADA CITY, BOB MICANDER, individually and in his capacity as a police officer for the CITY OF NEVADA, PAUL RHODE, individually and in his capacity as a police officer for the CITY OF NEVADA CITY, and DOES 1 - 100, inclusive,<br><br>                    Defendants. | Case No.  2:06-CV-01122-MCE-DAD<br><br>**STIPULATION TO CONTINUE TRIAL, FINAL PRETRIAL CONFERENCE, AND FILING OF JOINT PRETRIAL STATEMENT; AND ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties that the trial presently set for November 19, 2007, be continued to April 28, 2008, due to the conflicting trial schedule of Plaintiff's attorney.

**IT IS FURTHER STIPULATED** that the final pretrial conference be continued to March 14, 2008 at 9:00 a.m. in Courtroom 3, and filing of the joint pretrial statement be continued to February 29, 2008.

DATED: October 9, 2007                    ELIE & ASSOCIATES

                                                               /S/
                                           _____
                                           CATHARINE A. CHING,
                                           Attorney for Defendants

DATED: October 4, 2007	MUNKELT LAW OFFICE

_____/S/_____
STEPHEN A. MUNKELT,
Attorney for Plaintiffs

**ORDER**

**IT IS HEREBY ORDERED** that the trial presently set for November 19, 2007, be continued to April 28, 2008, due to the conflicting trial schedule of Plaintiff's attorney.

**IT IS FURTHER STIPULATED** that the final pretrial conference be continued to March 14, 2008 at 9:00 a.m. in Courtroom 3, and filing of the joint pretrial statement be continued to February 29, 2008.

Dated: October 11, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE